IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   3:07-CR-257-WKW |
| | ) | |
| STANLEY D. REID | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby scheduled for **November 28, 2007 at 9:30 a.m.**, **in courtroom 5-B**, before **United States Magistrate Judge Susan R. Walker**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 15th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE