RECEIVED

2007 NOV 19 A 10: 01

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VERSUS | ) | 3:07-cr-00257 WKW |
| | ) | |
| STANLEY D. REID | ) | |

## MOTION TO WITHDRAW FROM REPRESENTATION

COMES NOW Banks T. Smith, and having been informed by the Clerk of the Court that I am still listed as counsel of record for the above named defendant, does hereby request withdrawal on the following grounds:

1. That in August of 2006 Counsel left the private practice of law, and believed at that time, that he had properly withdrawn from all appointed Federal Criminal cases on which he was listed as counsel of record.

2. Counsel has no current open file on the above matter, and no longer maintains a law office or staff to properly defend this matter.

WHEREFORE, Counsel request he be allowed to withdraw from this matter and new counsel appointed to represent the Defendant.

(SMI 101)
Banks T. Smith
3 Foxchase Drive
Dothan, Al. 36305
(334) 792-0572

## CERTIFICATE OF SERVICE

Counsel does hereby certify that a true and correct copy of the same has been mailed and properly addressed, first class U.S. Mail to the United States Attorney Leura G Canary at 131 Clayton Street, Montgomery, Alabama, 36104.

Banks T. Smith