IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **3:07-CR-257-WKW** |
| | ) | |
| | ) | |
| | ) | |
| **STANLEY D. REID** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Stanley D. Reid and counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 19th day of November, 2007.

                                          /s/  J. Carlton Taylor
                                          J. CARLTON TAYLOR
                                          Attorney for the Defendant
                                          ASB 5037-L53J
                                          5748 Carmichael Parkway Suite D
                                          Montgomery, Alabama 36117
                                          (334) 244-0447
                                          (334) 244-0794
                                          jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 19th day of November, 2007.

                                  /s/ J. Carlton Taylor
                                  J. CARLTON TAYLOR
                                  Attorney for the Defendant
                                  ASB 5037-L53J
                                  5748 Carmichael Parkway Suite D
                                  Montgomery, Alabama 36117
                                  (334) 244-0447
                                  (334) 244-0794
                                  jtaylor@fullerandtaylor.com

Verne H. Speirs
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197