IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07-CR-257-WKW |
| | ) | |
| STANLEY D. REID | ) | |

**ORDER**

Upon consideration of the motion to withdraw by Banks T. Smith (doc. # 10), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 20th day of November, 2007.

                                         /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE