IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:07-CR-257-WKW |
| | ) | |
| | ) | |
| | ) | |
| STANLEY D. REID | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW**, the Defendant, Stanley D. Reid by and through the undersigned attorney, J. Carlton Taylor, and respectfully moves this Court to reset the above-referenced matter now scheduled for trial on March 10, 2008 trial docket to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. On October 22, 2007, Mr. Reid was arraigned on an Indictment charging the offense of Possession of a Controlled Substance (Marihuana) with the Intent to Distribute in violation of Title 21 U.S.C. Sec 843(b)

2. Pursuant to recent plea negotiations, both parties agree that a resolution of this matter should be reached. Central to a potential resolution of this matter is the possibility of Mr Reid's acceptance into the pre-trial diversion program.

3. Undersigned counsel will be submitting a Pretrial Diversion packet for the Defendant to the United States Attorney Office on or before February 22nd, 2008. If the Government agrees that diversion is the appropriate disposition of the case, the case

will then be presented to the United States Probation Office for its determination of whether or not to accept Mr. Reid into the program.

4. Mr. Reid respectfully requests a continuance from the current trial setting on March 10, 2008, in order to finalize plea negotiations and to investigate and consider his qualifications and application for pretrial diversion by the United States Attorney Office and United States Probation Office.

5. The Government, through Assistant United States Attorney Verne Spears, has no opposition to the granting of this Motion.

6. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Mr. Hardie the opportunity to pursue diversion. 18 U.S.C. §§3161 (h)(2) and 3161 (h)(8)(B)(I).

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted and the trial now set for March 10, 2008 trial docket be continued.

Respectfully submitted this the 20th day of February, 2008.

/s/ J. Carlton Taylor  
J. CARLTON TAYLOR  
Attorney for the Defendant  
ASB 5037-L53J  
5748 Carmichael Parkway Suite D  
Montgomery, Alabama 36117  
(334) 244-0447  
(334) 244-0794  
jtaylor@fullerandtaylor.com

FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 20th day of February, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Verne Spears
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
verne.speirs@usdoj.gov