# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Case No. 3:07CR-257-WKW** |
| ) | |
| **STANLEY D. REID** ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for July 21, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **May 19, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 25th day of February, 2008.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE